UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20262-CR-SINGHAL

UNITED STATES OF AMERICA

vs.

KEVIN KIRTON,

        Defendant.
_____/

## FACTUAL PROFFER

If this case had gone to trial, the United States would have proven beyond a reasonable doubt that **KEVIN KIRTON** conspired with Hasan Hakim Brown and individuals known and unknown to the United States to knowingly engage in a bank fraud scheme consisting of a synthetic identification ("Synthetic ID") scheme.

**KEVIN KIRTON** built and/or augmented and maintained sophisticated virtualization machines / computers for members of the conspiracy. Members of the conspiracy used the machines to defraud several banks, including the Victim Bank, located in Texas and insured by the Federal Deposit Insurance Corporation ("FDIC"), in order to unjustly enrich themselves and other members of the conspiracy.

### Implementation of the Scheme

Between at least as early as 2015 through at least as late as 2019, **KEVIN KIRTON** created and/or augmented, monitored, and maintained complex computer data storage/virtualization machines that combined multiple physical disk drive components into one unit. The virtualization machines were designed to facilitate and automate the opening of fraudulent Victim Bank credit card accounts and Victim Bank accounts and to manage Synthetic

1

ID bank activity at the Victim Bank. The virtualization machines gave users the ability to access numerous virtual desktops and IP addresses in order to circumvent bank security. Kirton created and/ or augmented at least three virtualization machines, which were used by members of this conspiracy.

Once in possession of the virtualization machines, members of the conspiracy including Hasan Brown, registered shell companies in their names with Sunbiz that falsely and fraudulently appeared to be associated with various service industries (*e.g.* Impeccable Yacht Cleaning Solutions, Pristine Gardening & Landscaping, and Tech Savvy Holding Corp.) The companies were false and fraudulent shell companies which conducted no legitimate business and had no legitimate employees.

Next, Brown and his co-conspirators created Synthetic IDs by falsely and fraudulently combining stolen social security numbers that were assigned to minors, and incarcerated prisoners, among others, with false and fraudulent names and dates of birth and submitted the information to banks, including the Victim Bank, in order to induce banks into extending credit to the fraudulent accounts.

Brown and his co-conspirators used the virtualization machines, SIDs, and stolen identities to open over 700 bank accounts at the Victim Bank. Brown and his co-conspirators used mail forwarding to redirect Victim Bank account statements and documents from their intended destination to locations controlled by the defendants and their co-conspirators, including co-conspirator Johnny Philus, in order to conceal the fact that the defendants and their co-conspirators were controlling the Victim Bank accounts. In total, the conspiracy stole over $2 million from the Victim Bank.

Brown and his co-conspirators used the virtualization machines to manage and control all of the fraudulent bank accounts used by members of the conspiracy.

**KEVIN KIRTON** monitored activity on the virtualization machines during the course of the conspiracy, provided technical assistance to members of the conspiracy, and recorded the fraudulent activity on his personal servers. **KIRTON** was paid for his services directly from members of the conspiracy and also received the following payments, among others, from Synthetic IDs into an account controlled by **KIRTON**:

| Synthetic ID | Date | Amount | Company Receiving Payment |
|---|---|---|---|
| J. BENNETT | 10/11/19 | $2,073.60 | KOKILO LLC |
| J. BENNETT | 10/17/19 | $500.00 | KOKILO LLC |
| J. BENNETT | 10/18/19 | $309.00 | KOKILO LLC |
| J. BENNETT | 11/1/19 | $783.85 | KOKILO LLC |
| J. BENNETT | 11/1/19 | $542.04 | KOKILO LLC |

These are not all of the facts that the United States would present if this case were to proceed to trial.

Date: 12.12.2022          By: _____
                              JUAN ANTONIO GONZALEZ
                              UNITED STATES ATTORNEY
                              BROOKE C. WATSON
                              ASSISTANT UNITED STATES ATTORNEY

Date: Oct. 12, 2022       By: _____
                              LUIS REYNOSO, ESQ.
                              ATTORNEY FOR DEFENDANT

Date: 10/12/2022          By: _____
                              KEVIN KIRTON
                              DEFENDANT